(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 MAR 24 AM 11: 02

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
ST DIV CINCIN...

EH

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Case No. 1816CV412

Charles Williams
1051 Olde Station Court
Fairfield, Ohio 45014

vs.

**Defendants(s)**

Parker And Hannifin Corporation
6035 Parkland Blvd
Cleveland, OH 44124

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.**

**I. Are you employed?**                     Yes____          No ✗
    **A.  If you answered "Yes":**
        (1) What is the name and address of your employer

_____

_____

        (2) How much do you earn per month?

_____

    **B.  If you answered "No"**
        (1) Have you ever been employed?          Yes ✗          No ✗
        If yes, what was the last year and month you were
        employed?  _2015 October_____
        How much did you earn a month?____$600_____

**II. What is your marital status?**
    Single_____          Married____          Widowed_____          Divorced ✗
    **A.  If you answered "Married":**
        (1) Is your spouse employed? **Yes**_____          **No**_____
        If yes, how much does your spouse earn each month?
        $_____

**III. Do you have any dependents?**          Yes____          No ✗
    If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**IV.  Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**          Yes ✗          No ✗
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Parker + Hannifin | $ 6,000.00 est 3months work with them | | $_____ |
|  | $_____ | | $_____ |
|  | $_____ | | $_____ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
Yes_____     No__X__

A. If you answered "Yes", state the combined total amount:
$_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes__✓__     No_____
A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Car | $ 800.00 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Utilities | $ 800.00 | | $ |
| Rent | $ 1,500.00 | | $ |
| | $ | | $ |
| | $ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**

1051 Olde Station Court
Fairfield, Ohio 45014
(513) 225-2934

I declare under penalty of perjury that the above information is true and correct.

3/24/16
_____     _____
Date                         Signature of Applicant

-3-